UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN RAMSEY § | |
| § | NO: 3:15-CV-00162-JWD-EWD |
| *Plaintiff*, § | |
| § | Judge John W. DeGravelles |
| v. § | |
| § | Magistrate Wilder-Doomes |
| THE PARISH OF ASCENSION, ET AL § | |
| § | |
| *Defendants*, § | |

********************************************************************************

PLAINTIFF'S EX PARTE MOTION TO DISMISS THE TWENTY-THIRD
JUDICIAL DISTRICT ATTORNEY'S OFFICE, AND RICKY L. BABIN,
IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY

**NOW COMES THE PLAINTIFF**, John Ramsey, through undersigned counsel, who moves to dismiss this action against the Twenty-Third Judicial District Attorney's Office, and Ricky L. Babin, In His Official Capacity As District Attorney, without prejudice, expressly reserving rights against all other parties not hereby dismissed.

WHEREFORE, the Plaintiff, John Ramsey, respectfully requests that this Ex Parte Motion to Dismiss the Twenty-Third Judicial District Attorney's Office, and Ricky L. Babin, In His Official Capacity As District Attorney, be granted, without prejudice, expressly reserving rights against all other parties not hereby dismissed.

                                             **RESPECTFULLY SUBMITTED:**

                                             /s/ Jim Holt
                                             **Jim Holt, Attorney at Law**
                                             **Louisiana Bar Roll No. 08416**
                                             **4720 North Boulevard**
                                             **Baton Rouge, Louisiana 70806**
                                             **Telephone:  (225) 272-1400**
                                             **Facsimile:   (225) 272-0366**
                                             *Attorney for John Ramsey*

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN RAMSEY | § |
| | § NO: 3:15-CV-00162-JWD-EWD |
| *Plaintiff*, | § |
| | § Judge John W. DeGravelles |
| v. | § |
| | § Magistrate Wilder-Doomes |
| THE PARISH OF ASCENSION, ET AL | § |
| | § |
| *Defendants*, | § |

*************************************************************************

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served upon opposing counsel of record this 15th day of January, 2016, by e-filing the same into the CM/ECF system which will automatically deliver a copy of the same to all counsel.

/s/ Jim Holt