UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN RAMSEY | § |
| | §NO: 3:15-CV-00162-JWD-EWD |
| *Plaintiff*, | § |
| | § Judge John W. DeGravelles |
| v. | § |
| | § Magistrate Wilder-Doomes |
| THE PARISH OF ASCENSION, ET AL | § |
| | § |
| *Defendants*, | § |

*******************************************************************************

<u>JOINT STATUS REPORT</u>

NOW INTO COURT, through undersigned counsel, comes the Plaintiff, who, with the permission of all counsel of record, submits the following joint status report, per this Honorable Court's August 17, 2017 Order.

The Plaintiff's criminal cases, which form the basis of this lawsuit, are presently scheduled for the following:

*State of Louisiana v. John Ramsey,* Docket Number 32,415, Division "E", is scheduled for Trial Status on January 17, 2018.

*State of Louisiana v. John Ramsey,* Docket Number 32,769, Division "E", is scheduled for Trial by Jury on January 17, 2018.

**RESPECTFULLY SUBMITTED:**

/s/ Jim Holt
**Jim Holt, Attorney at Law**
**Louisiana Bar Roll No. 08416**
**4720 North Boulevard**
**Baton Rouge, Louisiana 70806**
**Telephone: (225) 272-1400**
**Facsimile: (225) 272-0366**
*Attorney for John Ramsey*

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN RAMSEY | § |
| | §NO: 3:15-CV-00162-JWD-EWD |
| *Plaintiff*, | § |
| | § Judge John W. DeGravelles |
| v. | § |
| | § Magistrate Wilder-Doomes |
| THE PARISH OF ASCENSION, ET AL | § |
| | § |
| *Defendants*, | § |

*************************************************************************

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served upon opposing counsel of record this 25th day of August, 2017, by e-filing the same into the CM/ECF system which will automatically deliver a copy of the same to all counsel.

/s/ Jim Holt